IN THE MATTER OF MICHAEL D. SPAGNUOLA, AN ATTORNEY AT LAW.

March 23, 1990.

ORDER

MICHAEL D. SPAGNUOLA of WOODBURY, who was admitted to the bar of this State in 1978, having been involuntarily committed to a mental hospital by order of the Honorable Barry M. Weinberg, J.S.C.; and good cause appearing,

It is ORDERED that pursuant to *Rule* 1:20–9(a), MICHAEL D. SPAGNUOLA is transferred to disability inactive status, effective immediately and until further Order of the Court; and it is further

ORDERED that MICHAEL D. SPAGNUOLA is ineligible to practice law; and it is further

ORDERED that MICHAEL D. SPAGNUOLA be restrained and enjoined from practicing law while he is on disability inactive status; and it is further

ORDERED that MICHAEL D. SPAGNUOLA comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.